**STEVEN J. ROTHANS – State Bar No. 106579**   JS-6
**KIMBERLY MOROSI – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
srothans@crdlaw.com / kmorosi@crdlaw.com

Attorneys for Defendant County of Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA NERSISYAN and ARMEN HOVANESIAN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES, a public entity, and DOES 1-25 inclusive,<br><br>          Defendants. | Case No.: 2:23-cv-07338-PD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)** |

IT IS ORDERED, based on the Stipulation of both Plaintiffs and Defendant County of Los Angeles, that this action is hereby **dismissed with prejudice.**

DATED:     January 05, 2024

_____
Honorable Patricia Donahue
United States Magistrate Judge